UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE LOISELLE,  

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

Case No. 08-12513

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [26],
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [21],
GRANTING, IN PART, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15],
and
REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY
FOR FURTHER PROCEEDINGS CONSISTENT WITH THE REPORT**

On July 6, 2009, the Magistrate Judge issued a Report and Recommendation [26] recommending that Defendant's Motion for Summary Judgment [21] be denied, and that Plaintiff's Motion for Summary Judgment [15] be granted in part, such that the case be remanded to the Commissioner of Social Security for proceedings consistent with the report.

    No objections were filed. The Court has reviewed the record in this case.

    The Report and Recommendation [26] of the Magistrate Judge is hereby **ADOPTED**, and is entered as the findings and conclusions of the Court. Accordingly,

    **IT IS ORDERED** that Defendant's Motion for Summary Judgment [21] is **DENIED.**

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [15] is **GRANTED IN PART**, and the case is hereby **REMANDED** to the Commissioner of Social Security for proceedings consistent with the Magistrate Judge's report.

**SO ORDERED.**

                            S/ARTHUR J. TARNOW
                            Arthur J. Tarnow
                            United States District Judge

Dated:  July 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 28, 2009, by electronic and/or ordinary mail.

                            S/THERESA E. TAYLOR
                            Case Manager