UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE LOISELLE,            Case No. 08-12513

       Plaintiff,            ARTHUR J. TARNOW
                            SENIOR UNITED STATES
v.                             DISTRICT JUDGE

COMMISSIONER OF SOCIAL        MAGISTRATE JUDGE
SECURITY,                     R. STEVEN WHALEN

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [34]

On October 18, 2010, Magistrate Judge Whalen issued a Report and Recommendation [34] that Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act [29] should be granted. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act [29] is **GRANTED**.

**SO ORDERED.**

                                  S/Arthur J. Tarnow
                                  ARTHUR J. TARNOW
                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated: November 9, 2010

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 9, 20100

                                  Felicia Moses for Lisa Ware
                                  Case Manager